IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAYNA LEIGHTON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3202 |
| | ) | |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, and DEPARTMENT OF CORRECTIONAL SERVICES OF NEBRASKA, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff filed a motion requesting leave to file an amended complaint (filing 10). However, Plaintiff did not attach a copy of her proposed amended complaint to her motion as required by NECivR 15.1. Consequently, Plaintiff's motion for leave will be denied.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Motion for Leave to File Amended Complaint (filing 10) is denied without prejudice to reassertion. Plaintiff is given until January 27, 2015 to file a renewed motion for leave to amend in compliance with the Local Rules of this Court.

2. Defendants' Motion to Dismiss (filing 6) will be held in abeyance pending a ruling on Plaintiff's anticipated renewed motion for leave to amend. A briefing schedule for the Motion to Dismiss will be set, if necessary, following a ruling on Plaintiff's renewed motion for leave to amend. However, if Plaintiff does not file a renewed motion to amend by or before January 27, 2015, she shall file a response to Defendants' Motion to Dismiss no later than February 3, 2015.

**DATED January 20, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**